## MOTION INFORMATION STATEMENT

Docket Number(s): 23-786 _____

Caption [use short title]

Motion for: Vacate Mandate of Dismissal and

Reinstate Appeal.

Set forth below precise, complete statement of relief sought:

I am now proceeding pro se. I am filing a motion for

in pauperis relief with the District Court.

I have now filed the Requested forms.

The Mandate dismissing the Appeal should be _re called_

~~vacated~~ and my appeal  reinstated as a pro se

appellant.

*OSAMA METWALLY*
*v*
*CITY OF NEW YORK*

MOVING PARTY: OSAMA _Metwally_          OPPOSING PARTY: _City of NY Law Dept_

[✓] Plaintiff          [ ] Defendant

[ ] Appellant/Petitioner          [ ] Appellee/Respondent

MOVING ATTORNEY: _Pro se_          OPPOSING ATTORNEY: _NYC LAW Dept_

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

_____

Court- Judge/ Agency appealed from: USDC SDNY

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes   [ ] No (explain): _____
_hy email + personal Delivery_

Opposing counsel's position on motion:
[ ] Unopposed   [ ] Opposed   [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [ ] Don't Know

Is oral argument on motion requested?   [ ] Yes   [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [ ] Yes   [✓] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No
Requested return date and explanation of emergency: _____
_____
_____
_____

Signature of Moving Attorney:
_____ Date: 6/22/2023  Service by: [ ] CM/ECF   [✓] Other [Attach proof of service]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

## OSAMA METWALLY

**CERTIFICATE OF SERVICE\***

Docket Number: **23-786**

v.

## CITY OF NEW YORK

I, OSAMA METWALLY , hereby certify under penalty of perjury that
(print name)

on 6/23/2023 , I served a copy of Acknowledgment and Notice of Appearance, Motion to Vacate Mandate and Reinstate Appeal, All-da
(date)

Acknowleegment and Appearance, Motion to proceed in pauperis, Motion to Vacate Mandate and Reinstate Appeal

(list all documents)

by (select all applicable)\*\*

**X** Personal Delivery    **X** United States Mail    ___ Federal Express or other
Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties: NYC Law Dept

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Rebecca L. Visgaitis | 100 Church St | NY | NY 10007 | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

6/23/2023
Today's Date

            Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

------------------------------------------------- Docket No. 23-786

OSAMA METWALLY          District Court No. 19cv8206 (GBD)

vs.

CITY OF NEW YORK

--------------------------------------------------

### APPELLANT'S AFFIDAVIT IN SUPPORT OF MOTION
### TO VACATE & RECALL MANDATE OF DISMISSAL AND REINSTATE
### APPEAL

STATE OF NEW YORK

COUNTY OF NEW YORK ss.:

I. Osama Metwally being duly sworn do state the following

1.      I am the Plaintiff/ Appellant in the above matter and I make this affidvait in support of my motion as a pro se appellant to vacate and recall the Mandate of Dismissal and Reinstate my appeal.

2.      On 4/06/2023, the District Court Judge of the Southern District of New York dismissed my case against the City based on General Release executed by me in a NY Supreme Court case 70507/2016 in Queens County agains the City of New York and the Port Authority. I settled the case with the City for $18,000.00.Although my attorney in that case did not intend to include my other cases against the City and prepared a Release excluding those cases, the General

1

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT


-------------------------------------------------- Docket No. 23-786

OSAMA METWALLY                    District Court No. 19cv8206 (GBD)

     vs.

CITY OF NEW YORK


--------------------------------------------------

APPELLANT'S AFFIDAVIT IN SUPPORT OF MOTION

TO VACATE & RECALL MANDATE OF DISMISSAL AND REINSTATE

APPEAL

STATE OF NEW YORK

COUNTY OF NEW YORK ss.:


    I, Osama Metwally being duly sworn do state the following

    1.    I am the Plaintiff/ Appellant in the above matter and I make this affidvait in support of my motion as a pro se appellant to vacate and recall the Mandate of Dismissal and Reinstate my appeal.

    2.    On 4/06/2023, the District Court Judge of the Southern District of New York dismissed my case against the City based on General Release executed by me in a NY Supreme Court case 70507/2016 in Queens County agains the City of New York and the Port Authority. I settled the case with the City for $18,000.00.Although my attorney in that case did not intend to include my other cases against the City and prepared a Release excluding those cases, the General

1

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

--------------------------------------------------- Docket No. 23-786

OSAMA METWALLY    District Court No. 19cv8206 (GBD)

vs.

CITY OF NEW YORK

--------------------------------------------------

APPELLANT'S AFFIDAVIT IN SUPPORT OF MOTION
＊RECALL
TO VACATE MANDATE OF DISMISSAL AND REINSTATE

APPEAL

STATE OF NEW YORK

COUNTY OF NEW YORK ss.:


I. Osama Metwally being duly sworn do state the following

1.    I am the Plaintiff/ Appellant in the above matter and I make this
affidvait in support of my motion as a pro se appellant to vacate the Mandate of
Dismissal and Reinstate my appeal.

2.    On 4/06/2023, the District Court Judge of the Southern District of
New York dismissed my case against the City based on General Release executed
by me in a NY Supreme Court case 70507/2016 in Queens County agains the City
of New York and the Port Authority. I settled the case with the City for
$18,000.00.Although my attorney in that case did not intend to include my other
cases against the City and prepared a Release excluding those cases, the General

1

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

--------------------------------------------------- Docket No. 23-786

OSAMA METWALLY       District Court No. 19cv8206 (GBD)

     vs.

CITY OF NEW YORK

---------------------------------------------------

APPELLANT'S AFFIDAVIT IN SUPPORT OF MOTION

TO VACATE & RECALL MANDATE OF DISMISSAL AND REINSTATE

APPEAL

STATE OF NEW YORK

COUNTY OF NEW YORK ss.:

I, Osama Metwally being duly sworn do state the following

     1.     I am the Plaintiff/ Appellant in the above matter and I make this affidvait in support of my motion as a pro se appellant to vacate and recall the Mandate of Dismissal and Reinstate my appeal.

     2.     On 4/06/2023, the District Court Judge of the Southern District of New York dismissed my case against the City based on General Release executed by me in a NY Supreme Court case 70507/2016 in Queens County agains the City of New York and the Port Authority. I settled the case with the City for $18,000.00.Although my attorney in that case did not intend to include my other cases against the City and prepared a Release excluding those cases, the General

1



Release sent to the City inadvertently was a form in which there were no cases excluded.

1

3.    After this matter was briefed before Magistrate Judge, Aarons, District Court Judge George B. Daniels adopted the Magistrate's conclusion that the General Release in the     Queens County Case was binding on all cases commenced prior thereto.

4.    The Court's decision was entered on April 6, 2023. The attorney representing me in this SDNY case, Joel M. Gluck, filed a Notice of Appeal on my behalf on 5/9/2023 as he could not reach me.

5.    Joel M. Gluck was thereafter attempting to contact me, to advise that he was no longer admitted to practice in the Second Circuit and had filed the Notice of Appeal to protect my rights to proceed, but that I needed to obtain other counsel to prosecute the appeal or proceed myself pro se. I have not been able to obtain other counsel for the appeal.

6.    I was not available to Mr. Gluck as I was ill with a heart condition, congestive heart failure and was hopsitalized for almost a month from 4/13/2023 - 5/3/2023 and then was rehospitalized 5/10 -5/17 at Mt Sinai Hospital Astoria NY. When I was discharged I was still too ill to discuss this case.

7.    I was finally able to communicate with Mr. Gluck on 6/8/2023, the day this Court issued mandate of dismissal because of my failure to file a Notice of Appearance, Form C D and pay filing fee.

8.    I am now proceeding pro se and have filed a Notice of Appearance and Acknowledgement.

9.    I have also filed a motion for In Pauperis relief with the District Court.

10.    I respectfully request that the Court vacate the Dismissal of this appeal and permit me to proceed pro se, in forma pauperis pending the decision

of the District Court on that motion.

11. I was only able to consult with my attorney after the Mandate of Dismissal and I have moved as soon as possible to have it vacacted. There is no prejudice to the Appellee

12. The instant appeal is meritorious and not frivolous. The District Court misapplied the concept of scrivener's error, failed to consider the lack of additional consideration for releasing other claims. Perhaps the most important argument, is that in the other cases I had other attorneys. I could not release these other claims without consulting with these attorneys.

13. Based on the foregoing, I repsectfully request that the Court grant the instant motion. If my motion for in pauperis relief is not granted I will promptly pay the filing fee.

Dated New York, New York

June 21, 2023

Osama Metwally

Sworn to before me

this __2 1__ st day of June 2023

JOEL M GLUCK
Notary Public, State of New York
No. 02GL6093674
Qualified in Kings County
Commission Expires June 9, 2011

3

## ADDENDUM A TO ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

**Instructions:** This addendum must be (1) completed by counsel whom the Court has not yet admitted or approved for renewed admission, (2) submitted in CM/ECF as a separate attachment when filing the Acknowledgment and Notice of Appearance (use the multiple attachments option in CM/ECF when filing the Acknowledgment and Notice of Appearance) with client personal contact information redacted, and (3) submitted in unredacted form in accordance with the procedures outlined in Local Rule 25.2(c) and (d). If counsel represents multiple parties in the same appeal for which the Acknowledgment and Notice of Appearance is being filed, the attorney must separately list each client and provide the client's personal contact information. Attach additional pages as necessary.

Case Information:

Short Title: OSAMA METWALLLY vs. CITY OF NEW YORK      Docket Number: 23-786

Personal Contact Information:

Client 1:

Name: Osama Metwally  Appellant Pro Se
Address: 1049 Grand Concourse Apt. 3E  Bronx NY 10452
Telephone: 347 7858472         Fax:
Email: osamametwally1977@gmail.com

Client 2:

Name:
Address:
Telephone:         Fax:
Email:

Client 3:

Name:
Address:
Telephone:         Fax:
Email:

Client 4:

Name:
Address:
Telephone:         Fax:
Email:

Client 5:

Name:
Address:
Telephone:         Fax:
Email:

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>Osama Metwally<br>v.<br>City of New York | **DISTRICT**<br>SDNY | **DOCKET NUMBER**<br>19cv8206 (GBD, SDA) |
| | **JUDGE**<br>George B. Daniels | **APPELLANT** |
| | **COURT REPORTER** | **PRO SE APPELLANT**<br>OSAMA METWALLY |

| | |
|---|---|
| Check the applicable provision:<br><br>☐ I am ordering a transcript.<br><br>☐ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br><br>    ☐ Copy is already available<br><br>    ☐ No transcribed proceedings<br><br>    ☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br><br><br><br>METHOD OF PAYMENT    ☐ Funds    ☐ CJA Voucher (CJA 21) |
| INSTRUCTIONS TO COURT REPORTER:<br><br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br><br>☐ PREPARE TRANSCRIPT OF TRIAL<br><br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br><br>☐ OTHER (Specify in the space below): | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE<br>6/2/2023 |
|---|---|

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_OSAMA METWALLY_

Write the full name of each plaintiff or petitioner.

Case No. _19_ CV _8206(6BD)_

-against-

_CITY OF NEW YORK_

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that _OSAMA METWALLY_

plaintiff or defendant        name of party who is making the motion

requests that the Court:

_Grant Leave to proceed in forma Pauperis_
_on Appeal_

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

_6/22/2023_
Dated

Signature

_OSAMA METWALLY_
Name

Prison Identification # (if incarcerated)

_1049 Grand Concourse_        _Bronx_   _NY_   _10452_
Address                                          City              State      Zip Code

_347 785 8872_        _osamametwally9977@gmail.com_
Telephone Number (if available)        E-mail Address (if available)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_OSAMA METWALLY_

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_CITY OF NEW YORK_

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 8206 (GBD)(SDA)

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed _in forma pauperis_ on appeal. This motion is supported by the attached affidavit.

_6/22/2023_

Dated

_OSAMA METWALLY_

Name (Last, First, MI)   _METWALLY   OSAMA_

Address _1049 Grand Concourse_ City _Bx_ State _NY_ Zip Code _10452_

Telephone Number _347 785 8472_

E-mail Address (if available) _osamametwally1972@gmail.com_

# UNITED STATES DISTRICT COURT

for the

SOUTHERN _____ DISTRICT OF NEW YORK

OSAMA METWALLY ,

          Plaintiff

         v.

CITY OF NEW YORK ,

         Defendant

)
)
)
)
)
)
)
)
)
)

Case No. 19CV8206 *(GBD) (SDA)*

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: 6/22/2023 |

My issues on appeal are: Court improperly dismissed this case based on a General Release executed by me

in an unrelated case against the City of NY. My lawyer in that case intended that the release not apply to other pending cases but

due to a clerical error the wrong form was sent to City NY without excluding this case.

1.     *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ — | $ — | $ —0— | $—0— |
| Self-employment | $ 2,000 | $ — | $ | $ |
| Income from real property (such as rental income) | $___ | $___ | $ — | $— |
| Interest and dividends | $ — | $ — | $ | $ |
| Gifts | $ — | $ — | $ | $ |
| Alimony | $ — | $ — | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ — | $ — | $ | $—— |
| Disability (such as social security, insurance payments) | $ — | $ 1,200 | $ —0— Application pending | $1200 |
| Unemployment payments | $ — | $ — | $ | $ — |
| Public-assistance (such as welfare) | $ — | $ — | $ | $SNAP $194 |
| Other (specify): | $ | $ | $ | $ |
| Total monthly income: | $ 2,000 | $ 1,200 | $ —0— | $1394 |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Livery Driver | | 2012 – date | $ 4000 |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3.  *List your spouse's employment history for the past two years, most recent employer first.*
    *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NT wkg | on Soc. Sec. Disability | | $ |
| | | | $ |
| | | | $ |

4.  *How much cash do you and your spouse have?* $ 3,000

    *Below, state any money you or your spouse have in bank accounts or in any other*
    *financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Anple Bank | checking | $ 250 | $ 3,000 |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner  ς ΗΗΝΛΘΘ ΩΡ ΔΣΣΕΔΟ Δ ΜΕΓΘΠΗΘΩ ΛΘ Δ ΦΛΨΛΟ ΔΦΩΛΡ6*
*attach a statement certified by the appropriate institutional officer showing all receipts,*
*expenditures, and balances during the last six months in your institutional accounts. If you*
*have multiple accounts, perhaps because you have been in multiple institutions, attach one*
*certified statement of each account.*

5.  *List the assets, and their values, which you own or your spouse owns. Do not list clothing*
    *and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ — | (Value) $ — | (Value) $ — O — |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| No one | | |
| | | |
| | | |

8.  *Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☑ No <br> Is property insurance included? ☐ Yes ☑ No | $ 1200 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 150 | $ |
| Home maintenance (repairs and upkeep) | $ 25 | $ |
| Food | $ 300 | $ |
| Clothing | $ — | $ |
| Laundry and dry-cleaning | $ 25 | $ |
| Medical and dental expenses | $ — | $ |
| Transportation (not including motor vehicle payments) | $ 75 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 10 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ — | $ |
| Life: | $ — | $ |
| Health: | $ — | $ |
| Motor vehicle: | $ — | $ |
| Other: | $ — | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ — | $ |
| Installment payments | | |
| Motor Vehicle: *Car was totaled* | $ | $ |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) *No NE* | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes ☑ No     *If yes, describe on an attached sheet.*

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I am disabled from work due to a heart condition. i was hospitalized for two months for congestive heart failure. i am unable to work. My car is being stored. I have 0 income coming in and family and friends are helping me. *My wife receives 1200/month Soc Sec. D.S*

12. *State the city and state of your legal residence:*

    Bronx New York

    *Your daytime phone number:* 347 785-8472

    *Your age:*     *Your years of schooling:*

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ *1775* | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes ☑ No    If yes, describe on an attached sheet.

    *unless I am approved for Soc Sec Disability*

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I am disabled from work due to a heart condition.  I was hospitalized for two months  for congestive heart failure.  I am unable to work. My car ~~is being~~ *was* ~~totaled~~. I have 0 income coming in and   family and friends are helping me.
    *wife on SSDB*

12. *State the city and state of your legal residence*

    Bronx New York

    *Your daytime phone number:* 347 785-8472

    *Your age:* 46    *Your years of schooling:* 15

Rev. 12.1.2018

OSAMA METWALLY
1049 Grand Concourse
Bx NY 10452

RECEIVED
23 JUN 23 PM 3:49
U.S. COURT OF APPEALS
SECOND CIRCUIT
REPOSITORY

US COURT OF APPeals
for
Second Circuit
40 Foley Sq NYNY 10007

23-786

ORIGINAL

RECEIVED

23 JUN 23 PM 3:49

U.S. COURT OF APPEALS
SECOND CIRCUIT
INTAKE & DEPOSITORY

USM 466
SDNY

RECEIVED
23 JUN 23 PM 3:19

S COURT of Appeals
for
Second Circuit
to Foley Sq NYNY10007

ORIGINAL